JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| SEYED ZIA EDDIN AHMADI ABHARI, et al., | CV 20-05734 PA (MAAx) |
|---|---|
| | CV 20-08367 PA (MAAx) |
| Plaintiffs, | JUDGMENT |
| v. | |
| VICTORY PARK CAPITAL ADVISORS, et al., | |
| Defendants. | |

Pursuant to the Court's November 13, 2020 Order dismissing without leave to amend Plaintiff's claims for (1) violation of the Racketeer Influenced and Corrupt Organizations Act ("RICO"), 18 U.S.C. §§ 1962 (a)-(d), and (2) violation of Title 42 United States Code Section 1985(2) and (3),

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that:

1. Plaintiff's RICO claims are dismissed with prejudice; and

2. Plaintiffs' claim for violation of Section 1985(2) and (3) is dismissed with prejudice.

/////

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiffs take nothing and Defendants shall have their costs of suit pursuant to Federal Rule of Civil Procedure 54.

IT IS SO ORDERED.

DATED: November 16, 2020

                                                                         _____
                                                                         Percy Anderson
                                                                         UNITED STATES DISTRICT JUDGE